FILED'07 JUL 05 11:37USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ANNABELLE G. ROBERTS, ) | |
| ) | Civil No. 05-3050-CL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TRUSTEES OF THE ASANTE ) | ORDER |
| RETIREMENT PLAN AND TRUST, ) | |
| et al., ) | |
| Defendants. ) | |

**PANNER, Judge.**

Magistrate Judge Mark Clarke has filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Report and Recommendation, the district court reviews that portion of the Magistrate Judge's report de novo. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

Defendant Switzer filed timely objections, so I have given the file of this case de novo review. Because I find no error,

1- ORDER

I adopt the Report and Recommendation.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#45) is adopted. Plaintiff's Motion for Summary Judgment (#23) is granted, and defendant Switzer's Motion for Summary Judgment (#18) is denied. Judgment will be entered in favor of plaintiff.

IT IS SO ORDERED.

DATED this __5__ day of July, 2007.

                                                _____
                                                OWEN M. PANNER
                                                United States District Judge